# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Teresa Mejia, | No. CV-16-00654-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Bimbo Bakeries USA Incorporated, | |
| Defendant. | |

A review of the record reflects that Defendant has filed a "motion for reconsideration as to notice." *See* Doc. 58. Plaintiff shall file a response by no later than 9/1/17. No reply is permitted.

Dated this 24th day of August, 2017.

Honorable James A. Soto
United States District Judge